| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Movant<br>M&T BANK<br>R.A. LEBRON, ESQ.<br>ZIB114<br>bankruptcy@feinsuch.com | **Order Filed on February 4, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>JEFFREY M KNECHT<br><br>    Debtor(s). | Case No.: 18-23340 KCF<br><br>Adv. No.:<br><br>Hearing Date: January 21, 2020<br><br>Judge: Honorable Kathryn C. Ferguson, Chief Judge |

**ORDER VACATING THE AUTOMATIC STAY AS TO REAL PROPERTY**

The relief set forth on the following page(s) is hereby **ORDERED.**

**DATED: February 4, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtor: JEFFREY M KNECHT
Case No: 18-23340 KCF
Caption of Order: **ORDER VACATING THE AUTOMATIC STAY AS TO REAL PROPERTY**

---

This matter being opened to the Court by way of Motion for Relief from Stay filed by FEIN, SUCH, KAHN & SHEPARD, P.C., attorneys for the Secured Creditor, M&T BANK, in the presence of Lawrence W. Luttrell, attorney for the above named Debtor(s), the parties having consented to the entry of the within Order,

ORDERED that the automatic stay is vacated, if necessary, to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

__**X**__   Land and premises commonly known as:

89 SECRETARIAT COURT, EATONTOWN, NJ 07724-3843.
Block: 26.01, Lot: 153

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification if not already in effect, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

**(Page 3)**
Debtor: JEFFREY M KNECHT
Case No: 18-23340 KCF
Caption of Order: **ORDER VACATING THE AUTOMATIC STAY AS TO REAL PROPERTY**

---

FURTHER ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in a foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

FURTHER ORDERED that Rule 4001(a)(3) staying an order granting a motion to lift stay for fourteen (14) days is hereby waived.

The movant shall serve this Order on the debtor, any trustee and other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-23340-KCF
Jeffrey M Knecht                                                          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 1         Date Rcvd: Feb 06, 2020
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2020.
db            +Jeffrey M Knecht,   89 Secretariat Court,   Eatontown, NJ 07724-3843

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2020 at the address(es) listed below:
      Albert   Russo    docs@russotrustee.com
      Anthony J D'Artiglio    on behalf of Creditor   WOW I, Inc. ajd@ansellgrimm.com,
       carols@ansellgrimm.com;jb@ansellgrimm.com
      Daniel E. Straffi    bktrustee@straffilaw.com,
       G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com
      Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,
       G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com
      Denise E. Carlon    on behalf of Creditor   Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Elizabeth K. Holdren    on behalf of Creditor   Society Hill at Tinton Falls Condominium Association, Inc. eholdren@hillwallack.com,   jhanley@hillwallack.com;hwbknj@hillwallack.com
      Elysa D Bergenfeld    on behalf of Creditor   WOW I, Inc. edb@ansellgrimm.com
      Jill  Manzo    on behalf of Creditor   M&T BANK bankruptcy@feinsuch.com
      John Richard Voorhees, III    on behalf of Debtor Jeffrey M Knecht jrv78@scarletmail.rutgers.edu
      Joshua S. Bauchner    on behalf of Creditor   WOW I, Inc. jb@ansellgrimm.com,
       carols@ansellgrimm.com
      Lawrence W. Luttrell    on behalf of Debtor Jeffrey M Knecht larry@lwlpc.com,
       renee@lwlpc.com;bet@lwlpc.com;luttrelllr80275@notify.bestcase.com;john@lwlpc.com
      R. A. Lebron    on behalf of Creditor   M&T BANK bankruptcy@feinsuch.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                     TOTAL: 13