| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon<br>KML Law Group, PC<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Bayview Loan Servicing, LLC<br><br>In Re:<br>   Knecht, Jeffrey M. | Order Filed on May 12, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No:   <u>18-23340 KCF</u><br><br>Hearing Date: 5/12/2020<br><br>Judge:  Kathryn C. Ferguson |

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: May 12, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the motion of <u>Bayview Loan Servicing, LLC</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■    Real Property More Fully Described as:

**Land and premises commonly known as 89 Secretariat Ct, Eatontown NJ 07724**

☐    Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Jeffrey M Knecht  
    Debtor

Case No. 18-23340-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: May 12, 2020  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2020.  
db        +Jeffrey M Knecht,   89 Secretariat Court,   Eatontown, NJ 07724-3843

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2020                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2020 at the address(es) listed below:

          Albert Russo    docs@russotrustee.com  
          Anthony J D'Artiglio    on behalf of Creditor    WOW I, Inc. ajd@ansellgrimm.com,  
           carols@ansellgrimm.com;jb@ansellgrimm.com  
          Daniel E. Straffi    bktrustee@straffilaw.com,  
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com  
          Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,  
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com  
          Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          Elizabeth K. Holdren    on behalf of Creditor    Society Hill at Tinton Falls Condominium Association, Inc. eholdren@hillwallack.com,    jhanley@hillwallack.com;hwbknj@hillwallack.com  
          Elysa D Bergenfeld    on behalf of Creditor    WOW I, Inc. edb@ansellgrimm.com  
          Jill Manzo    on behalf of Creditor    M&T BANK bankruptcy@feinsuch.com  
          John Richard Voorhees, III    on behalf of Debtor Jeffrey M Knecht jrv78@scarletmail.rutgers.edu  
          Joshua S. Bauchner    on behalf of Creditor    WOW I, Inc. jb@ansellgrimm.com,  
           carols@ansellgrimm.com  
          Lawrence W. Luttrell    on behalf of Debtor Jeffrey M Knecht larry@lwlpc.com,  
           renee@lwlpc.com;bet@lwlpc.com;luttrelllr80275@notify.bestcase.com;john@lwlpc.com  
          R. A. Lebron    on behalf of Creditor    M&T BANK bankruptcy@feinsuch.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                    TOTAL: 13