| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

In Re:

Jeffrey M Knecht

Case No.: 18-23340

Chapter: 7

Judge: Kathryn C. Ferguson

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL
# DOCUMENTS CONCERNING SCHEDULES

TO: Lawrence W. Luttrell, Esq.

This will confirm that on 12/18/2020 the following document(s) was filed by you.

☒ Amendment to Schedule(s) A/B & C ,

☐ Missing Documents, including Schedule(s) _____ ,

This will further confirm that the court has not received the following supplemental documents:

☒ Declaration About an Individual Debtor's Schedules (106 Declaration)

☒ An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐ Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐ An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: 12/21/2020                                     Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court

District of New Jersey

In re:  
Jeffrey M Knecht  
    Debtor(s)

Case No. 18-23340-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Dec 21, 2020      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey M Knecht, 89 Secretariat Court, Eatontown, NJ 07724-3843 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2020 at the address(es) listed below:

**Name**      **Email Address**

Albert Russo  
     docs@russotrustee.com

Anthony J D'Artiglio  
     on behalf of Creditor WOW I Inc. ajd@ansellgrimm.com, carols@ansellgrimm.com;jb@ansellgrimm.com

Daniel E. Straffi  
     bktrustee@straffilaw.com  
     G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com

Daniel E. Straffi  
     on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com  
     G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com

Denise E. Carlon  
     on behalf of Creditor Bayview Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 21, 2020 | Form ID: pdf903 | Total Noticed: 1 |

Elizabeth K. Holdren
 on behalf of Creditor Society Hill at Tinton Falls Condominium Association  Inc. eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com

Elysa D Bergenfeld
 on behalf of Creditor WOW I  Inc. edb@ansellgrimm.com

Jill Manzo
 on behalf of Creditor M&T BANK bankruptcy@fskslaw.com

John Richard Voorhees, III
 on behalf of Debtor Jeffrey M Knecht bk@focusedlaw.com bk@focusedlaw.com;g35648@notify.cincompass.com;10440@notices.nextchapterbk.com

Joshua S. Bauchner
 on behalf of Creditor WOW I  Inc. jb@ansellgrimm.com, carols@ansellgrimm.com

Lawrence W. Luttrell
 on behalf of Debtor Jeffrey M Knecht larry@lwlpc.com renee@lwlpc.com;bet@lwlpc.com;luttrelllr80275@notify.bestcase.com;john@lwlpc.com

R. A. Lebron
 on behalf of Creditor M&T BANK bankruptcy@fskslaw.com

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
 USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 14