UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Knecht, Jeffrey M.

Case No.: __18-23340__  
Chapter: __7__  
Judge: __KCF__

## NOTICE OF PROPOSED ABANDONMENT

_____Daniel E. Straffi_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | 402 East State Street  Trenton, NJ 08608 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable _____Kathryn C. Ferguson_____ on __January 26, 2021__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 89 Secretariat Court  Tinton Falls, NJ  FMV - +/- $ 283,000.00 |
|---|---|

| Liens on property: | Bayview Loan Servicing - $321,769.41    Plus 10% Estimated Costs of Sale |
|---|---|

| Amount of equity claimed as exempt: $ -0- |
|---|

Objections must be served on, and requests for additional information directed to:

Name: __Daniel E. Straffi, Esq.__  
Address: __670 Commons Way Toms River, NJ 08755__  
Telephone No.: __732-341-3800__

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Jeffrey M Knecht  
    Debtor(s)

Case No. 18-23340-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Dec 22, 2020      Form ID: pdf905      Total Noticed: 47

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey M Knecht, 89 Secretariat Court, Eatontown, NJ 07724-3843 |
| 517626056 | + | Ansell, Grimm & Aaron PC, 365 Rifle Camp Road, Little Falls, NJ 07424-2775 |
| 517626063 | + | E-Z Pass, P.O. Box 52002, Newark, NJ 07101-8202 |
| 517626064 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 517626070 | | Ford Motor Credit Co., LLC, Morgan, Bornstein, & Morgan, 1236 Brace Road, Suite K, Cherry Hill, NJ 08034-3269 |
| 517626066 | | HCFS Healthcare Financial Services LLC, 3585 Ridge Park Drive, Akron, OH 44333-8203 |
| 517626065 | + | Hackensack Meridian, PO Box 650292, Dallas, TX 75265-0292 |
| 517626068 | + | Jersey Central Power & Light, PO Box 16001, Reading, PA 19612-6001 |
| 517859405 | + | NJ Natural Gas, 1415 Wykoff Rd. - POB 1378, Wall, NJ 07719-1378 |
| 517626075 | + | NJ Natural Gas, P.O. Box 11743, Newark, NJ 07101-4743 |
| 518306107 | + | NJ Turnpike Auth., Mark Schneider, Esq., 1 Turnpike Plz., POB 5042, Woodbridge, NJ 07095-5042 |
| 517626071 | + | Navesink Radiology, LLC, P.O. Box 1259 Dept #88679, Oaks, PA 19456-1259 |
| 517874948 | + | Nelnet on behalf of USAF, USA Funds c/o GLHEC & Affiliates, PO Box 8961, Madison, WI 53708-8961 |
| 517626074 | + | New Jersey Division of Taxation, 1828 West Lake Avenue, 3rd Floor, Neptune, NJ 07753-4663 |
| 517626076 | + | Principis Capital, 333 7th Ave., 3rd floor, New York, NY 10001-5125 |
| 517626077 | + | Remex Revenue Management Excellence, 307 Wall Street, Princeton, NJ 08540-1515 |
| 517626079 | + | Riverview Medical Center, 1350 Campus Drive, Neptune, NJ 07753-6821 |
| 517907540 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 517626080 | + | Schiller Knapp Lefkowitz & Hertzel LLP, 30 Montgomery Street, Suite 1205, Jersey City, NJ 07302-3835 |
| 517626081 | + | Society Hill at Tinton Falls Condo Assoc, 100 Churchhill Downs Dr, Tinton Falls, NJ 07724-3847 |
| 517949763 | + | Society Hills at Tinton Falls Condominium Associat, c/o Hill Wallack LLP, 21 Roszel Road, P.O. Box 5226, Princeton, NJ 08543-5226 |
| 517626082 | + | Specialized Loan Servicing/SLS, Attn: Bankruptcy, Po Box 636005, Littleton, CO 80163-6005 |
| 517626085 | + | TVT Capital, 122 E. 42nd Street, New York, NY 10168-0002 |
| 517849084 | + | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517626087 | + | WOW I, Inc., 1800 Route 34 North, Bldg. 4, Suite 402, Wall, NJ 07719-9168 |
| 517862539 | + | WOW, Inc., Ansell, Grimm & Aaron, PC, 214 Carnegie Center, Ste. 112, Princeton, NJ 08540-6237 |
| 517626086 | + | Watchung Spring Water Co Inc., 1900 Swarthmore Ave, Lakewood, NJ 08701-4530 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | Email/Text: bnc@russotrustee.com | Dec 22 2020 21:37:00 | Albert Russo, Standing Chapter 13 Trustee, CN 4853, Trenton, NJ 08650-4853 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 22 2020 21:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 22 2020 21:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 22, 2020 | Form ID: pdf905 | Total Noticed: 47 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517626059 | + | Email/Text: bkmailbayview@bayviewloanservicing.com Dec 22 2020 21:36:00 | | Bayview Loan Servicing, 4425 Ponce de Leon Blvd, Coral Gables, FL 33146-1873 |
| 517626060 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 22 2020 21:34:00 | | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517626061 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 22 2020 21:34:00 | | Comenitycapital/boscov, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 517626062 | | Email/PDF: DellBKNotifications@resurgent.com Dec 22 2020 22:21:37 | | Dell Financial Services, Attn: Bankruptcy, Po Box 81577, Austin, TX 78708 |
| 518190025 | | Email/Text: sbse.cio.bnc.mail@irs.gov Dec 22 2020 21:34:00 | | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| 517626069 | | Email/Text: camanagement@mtb.com Dec 22 2020 21:34:00 | | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 517946513 | | Email/Text: camanagement@mtb.com Dec 22 2020 21:34:00 | | M&T BANK, POB 840, Buffalo, NY 14240 |
| 517626072 | + | Email/Text: electronicbkydocs@nelnet.net Dec 22 2020 21:35:00 | | Nelnet, Nelnet Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 517873679 | + | Email/Text: csc.bankruptcy@amwater.com Dec 22 2020 21:36:00 | | New Jersey American Water, POB 578, Alton, IL 62002-0578 |
| 517945926 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 22 2020 22:17:11 | | Portfolio Recovery Associates, LLC, C/O Dell Financial Services, LLC, POB 41067, Norfolk VA 23541 |
| 517626078 | + | Email/Text: bkrpt@retrievalmasters.com Dec 22 2020 21:35:00 | | Retrieval Masters Creditors Bureau, Inc., 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 517948917 | + | Email/PDF: gecsedi@recoverycorp.com Dec 22 2020 22:16:45 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517628385 | + | Email/PDF: gecsedi@recoverycorp.com Dec 22 2020 22:16:46 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517626083 | + | Email/PDF: gecsedi@recoverycorp.com Dec 22 2020 22:16:46 | | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 517626084 | | Email/Text: bankruptcy@td.com Dec 22 2020 21:35:00 | | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut St, Lewiston, ME 04243 |
| 517935493 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 22 2020 22:26:11 | | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517626088 | + | Email/Text: bankruptcy@yellowstonecapllc.com Dec 22 2020 21:36:00 | | Yellowstone Capital, 1 Evertrust Plaza, Jersey City, NJ 07302-3087 |

TOTAL: 20

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517626058 | *+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 517626067 | *+ | Internal Revenue Service, 550 Main St #1000, Cincinnati, OH 45202-5212 |
| 517626057 | ##+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 517626073 | ##+ | New Jersey American Water, 1025 Laurel Oak Road, Voorhees, NJ 08043-3506 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2020  Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2020 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Anthony J D'Artiglio | on behalf of Creditor WOW I Inc. ajd@ansellgrimm.com, carols@ansellgrimm.com;jb@ansellgrimm.com |
| Daniel E. Straffi | bktrustee@straffilaw.com<br>G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com |
| Daniel E. Straffi | on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com<br>G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com |
| Denise E. Carlon | on behalf of Creditor Bayview Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor Society Hill at Tinton Falls Condominium Association Inc. eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com |
| Elysa D Bergenfeld | on behalf of Creditor WOW I Inc. edb@ansellgrimm.com |
| Jill Manzo | on behalf of Creditor M&T BANK bankruptcy@fskslaw.com |
| John Richard Voorhees, III | on behalf of Debtor Jeffrey M Knecht bk@focusedlaw.com<br>bk@focusedlaw.com;g35648@notify.cincompass.com;10440@notices.nextchapterbk.com |
| Joshua S. Bauchner | on behalf of Creditor WOW I Inc. jb@ansellgrimm.com, carols@ansellgrimm.com |
| Lawrence W. Luttrell | on behalf of Debtor Jeffrey M Knecht larry@lwlpc.com<br>renee@lwlpc.com;bet@lwlpc.com;luttrelllr80275@notify.bestcase.com;john@lwlpc.com |
| R. A. Lebron | on behalf of Creditor M&T BANK bankruptcy@fskslaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 14